Same case below, 370 Fed. Appx. 851.

Same case below, 370 Fed. Appx. 900.

**No. 09-11472. Johnmarlo Balasta Napa, Petitioner v. United States.**

562 U.S. 882, 131 S. Ct. 205, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6791.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 402.

**No. 09-11473. Johnny D. Richardson, Petitioner v. John McHugh, Secretary of the Army.**

562 U.S. 882, 131 S. Ct. 205, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6628,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 370 Fed. Appx. 385.

**No. 09-11475. Richard William Price, Petitioner v. Deborah A. Hickey, Warden.**

562 U.S. 883, 131 S. Ct. 206, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 7045.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11476. Brevelle Crockett, Petitioner v. United States.**

562 U.S. 883, 131 S. Ct. 206, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6965.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 09-11477. Marvin D. Castor, Petitioner v. Wendy Knight, Superintendent, Plainfield Correctional Facility.**

562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6823.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-11478. Corey Broadnax, Petitioner v. United States.**

562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6507.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 601 F.3d 336.

**No. 09-11479. Keith Parker, aka Keith Parker-Bey, Petitioner v. Florida.**

562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6787.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 31 So. 3d 177.

**No. 09-11481. Steven Crain, Petitioner v. Matthew Heifner.**

562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6754,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 703.